# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D19-0292
_____

CLIFFORD LEON REID,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


May 10, 2019


PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Clifford Leon Reid, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.